*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided June 9, 1999

STATE OF CONNECTICUT *v.* JERRY W. VLASAK

The defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 310 (AC 17222), is granted, limited to the following issue:

"Whether the Appellate Court properly held that the trial court did not abuse its discretion in prohibiting the pro se defendant from testifying about a lawsuit filed against him by a pivotal witness for the state?"

The Supreme Court docket number is SC 16117.

*Norman A. Pattis*, in support of the petition.

Decided June 9, 1999